

THE ATTORNEY GENERAL
OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

May 23, 1972

Hon. Hugh C. Yantis, Jr.　　Opinion No. M- 1128
Executive Director
Texas Water Quality Board　　Re: Collin-Denton County Water
Lowich Building　　　　　　　　and Sanitation District
Austin, Texas　78701　　　　　powers per Art. 8280-400,
　　　　　　　　　　　　　　　　V.C.S., to collect and dis-
　　　　　　　　　　　　　　　　pose of garbage within the
Dear Mr. Yantis:　　　　　　　District.

　　　　You have requested our opinion as to the powers of
Collin-Denton County Water and Sanitation District to collect
and dispose of garbage pursuant to contracts with its member
cities composing this district, (as such cities existed on
March 1, 1969), to-wit: Celina, Frisco and Prosper, all in
Collin County, Texas, and the cities of Aubrey, Little Elm,
Pilot Point, and Sanger, all in Denton County, Texas.

　　　　The statute by which the Legislature created this
multi-county district is Article 8280-400, Vernon's Texas
Civil Statutes (Acts 61st Leg., R.S., 1969, Chap. 142, page
381, effective May 6, 1969). Subsections (c) and (d) of
Section 8 thereof read as follows:

　　　　　　"(c)　The district may collect and dis-
　　　　pose of garbage pursuant to contracts with
　　　　cities.

　　　　　　"(d)　The rights, powers, privileges,
　　　　authority and functions herein granted to
　　　　the district shall be subject to the continu-
　　　　ing right of supervision of the State, to
　　　　be exercised by and through the Texas Water
　　　　Rights Commission."

　　　　The above Subsection (d) is substantially the same
language contained in Section 6.074, Texas Water Code, the
general law provision as to supervision on the subject. All
laws apply to a water district unless the act creating the dis-
trict contains provisions to the contrary. Hidalgo W.C.I.D.

No. 1 v. Hidalgo County, 134 S.W.2d 464 (Tex.Civ.App. 1939, error ref.).   Thus, the Collin-Denton District is subject to Article 4477-7 (Solid Waste Act), Article 4477-5 (Clean Air Act), and Chapter 21 of the Texas Water Code (Texas Water Quality Act).

We know of no provisions of the Texas or United States Constitutions which would prohibit the Texas Legislature from validly enacting Section 8(c), of Article 8280-400. In the absence of any such limitation to be found in the Constitutions of Texas or of the United States, the Texas Legislature could and did validly enact this law authorizing the collection and disposal of garbage.  Shepherd v. San Jacinto Junior College District, 363 S.W.2d 742 (Tex.Sup. 1963); Watts v. Mann, 187 S.W.2d 917, (Tex.Civ.App., 1945, error ref.); 11 Am.Jur.2d 190, Const. Law, Sec. 17; State v. Brownson, 94 Tex. 436, 61 S.W. 114 (1901).

### S U M M A R Y

The power to collect and dispose of garbage is given to Collin-Denton County Water and Sanitation District by Article 8280-400, Vernon's Civil Statutes, and the statute is constitutional.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Roger Tyler
Assistant Attorney General

Hon. Hugh C. Yantis, Jr., page 3. (M-1128)


APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Roland Allen
Max Hamilton
Melvin Corley
James Hackney

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant